# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1207

_____

Ronald R. Mower, Named as Ronald    *
Mower (No middle initial); Terry    *
Klooster; Kenneth Sandy,    *
   *
      Plantiffs-Appellants,    *
   *    Appeal from the United States
      v.    *    District Court for the
   *    Southern District of Iowa.
E. A. Westfall, also known as Penny    *
Westfall; Darwin E. Chapman, Sued as:    *      [UNPUBLISHED]
Darwin Chapman (No middle initial);    *
Iowa Department of Public Safety,    *
   *
      Defendants-Appellees.    *

_____

Submitted: November 8, 2002

Filed: November 15, 2002
_____

Before WOLLMAN, LAY, and LOKEN Circuit Judges.
_____

PER CURIAM.

After review of the overall record, the opinion of the District Court, and the briefs filed on appeal in this court, we affirm the judgment based upon the well-reasoned opinion of the District Court.

<u>See</u> 8th Cir. R. 47(b).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.